PORTO RICAN AMERICAN INSURANCE COMPANY, PETITIONER, v. BERGA, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of Certiorari to the District Judge of Humacao.

No. 314.—Decided May 2, 1921.

Decided on the grounds of the opinion delivered in the case of *Almenas* v. *Iriarte, Municipal Judge, ante,* page 352.

*Mr. S. Suau* for the petitioner.
*Mr. M. Tous Soto* for the adverse party.

*Petition granted.*

Chief Justice Hernández and Justices Wolf, Del Toro, Aldrey and Hutchison concurred.